**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LEODIS RANDLE**                                                                                          **PETITIONER**

v.                                            NO. 4:20-cv-000393 JM

**COLLEAN BRANHILL**                                                                                 **RESPONDENT**

<u>ORDER</u>

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus filed by petitioner Leodis Randle pursuant to 28 U.S.C. 2254 is dismissed without prejudice. A separate judgment will be entered.

IT IS SO ORDERED this 2nd day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE