# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LEODIS RANDLE**                                                                              **PETITIONER**

**v.**                       **NO. 4:20-cv-000393 JM**

**COLLEAN BRANHILL**                                                             **RESPONDENT**

<u>JUDGMENT</u>

Pursuant to the Order entered this day, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 2nd day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE